IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-03324-MSK-MJW

SHAWN MANDEL WINKLER,

Plaintiff(s),

v.

JOHN DOE 1, Unknown Officer of Sterling Correctional facility on Hospital Duty,
JOHN DOE 2, Unknown Officer of Sterling Correctional facility on Hospital Duty,
WESLY WILSON, Case Manager Supervisor,
ROBERT DICK, Case Manager,
SGT. BRADSHAW, Housing Officer,
CORRECTIONAL OFFICER LOIZER,
KEVIN MILYARD, Warden at time of incident,
TOM CLEMENTS, Executive Director CDOC,
all individually and in their official capacities, and
KARBON ARMS, Manufacturer of the KARBON Band-it,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion to Seek Volunteer Counsel (Docket No. 44) is denied without prejudice for the reasons stated in this court's Minute Order of March 28, 2012 (Docket No. 37).  It is further

**ORDERED** that the plaintiff's Motion for Service at State Expense (Docket No. 43) is denied in part as moot and denied in part as premature.  The motion is moot with respect to service upon the named defendants because defendants Clements, Wilson, Bradshaw, Milyard, Dick, and Lozier waived service on March 19, 2012 (Docket No. 33), and the U.S. Marshal Service is in the process of attempting service upon defendant KARBON Arms.  The motion is premature with respect to the two John Doe defendants who cannot be served until the plaintiff seeks leave to amend his pleading to identify these two defendants and provides the court with an address at which they may be served.

Date:   April 18, 2012