IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-03324-MSK-MJW

SHAWN MANDEL WINKLER,

      Plaintiff,

v.

JOHN DOE 1, Unknown Officer of Sterling Correctional Facility on Hospital Duty;
JOHN DOE 2, Unknown Officer of Sterling Correctional Facility on Hospital Duty;
WESLEY WILSON, Case Manager Supervisor;
ROBERT DICK, Case Manager,
SGT. BRADSHAW, Housing Officer;
LOZIER, Correctional Officer; and
KEVIN MILYARD, Warden at time of incident;
TOM CLEMENTS, Executive Director CDOC; and
KARBON ARMS, Manufactures of the KARB"ON Band-it,

      Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, an attorney appearing on behalf of one of the parties in this case is associated with the undersigned. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this case. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 9th day of May, 2012.

                                                     **BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge