IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03324-WJM-MJW

SHAWN MANDEL WINKLER,

Plaintiff(s),

v.

JOHN DOE 1, Unknown Officer of Sterling Correctional facility on Hospital Duty,
JOHN DOE 2, Unknown Officer of Sterling Correctional facility on Hospital Duty,
WESLY WILSON, Case Manager Supervisor,
ROBERT DICK, Case Manager,
SGT. BRADSHAW, Housing Officer,
CORRECTIONAL OFFICER LOIZER,
all individually and in their official capacities, and
KARBON ARMS, Manufacturer of the KARBON Band-it,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Move Hearings (Docket No. 139) is denied without prejudice. The court notes the plaintiff's new address and will determine the location of any future court hearings on a hearing-by-hearing basis.

It is further ORDERED that the plaintiff's Motion for Pacer Fee Exemption (Docket No. 140) is denied without prejudice. Any requests for exemptions from fees are to be directed to the Chief Judge of the court for review by submitting such written request through the Clerk's Office. The court notes that the plaintiff has free PACER access at this courthouse. In addition, plaintiff is sent copies of all orders issued by this court as well as notices of all filings in this court, and defendants are required to send plaintiff a copy of all documents they file with the court.

Date:  November 5, 2012