IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03324-RM-MJW

SHAWN MANDEL WINKLER,

Plaintiff(s),

v.

THOMAS MERTENS, Correctional Officer, and
JOHN DOE 2, Unknown Officer of Sterling Correctional facility on Hospital Duty,
individually and in their official capacities,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Vacate the Final Pretrial Conference (Docket No. 185) is granted, and the Final Pretrial Conference set on June 29, 2015, at 9:30 a.m. is VACATED. It is further

ORDERED that the Clerk of Court shall mail a copy of this Minute Order to the plaintiff to his address of record as well as to plaintiff at 845 18th Avenue, Denver, CO 80218-1025.

Date: June 22, 2015